# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PURETEK CORPORATION <br><br> PLAINTIFF(S) <br><br> v. <br><br> PATCHWERX LABS, INC., et al. <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> 2:15–cv–07044–MMM–JPR <br><br><br> **NOTICE TO COUNSEL RE: COPYRIGHT, PATENT, AND TRADEMARK REPORTING REQUIREMENTS** |

TO:     COUNSEL OF RECORD and PRO SE LITIGANTS:

Pursuant to Local Rule 3–1 of this court, in all cases where jurisdiction is invoked in whole or in part under 28 U. S. C. Section 1338 (regarding patents, plant variety protection, copyrights and trademarks), counsel shall, at the time of filing of the complaint, provide the Clerk with an original and two (2) copies of the required notice (AO 120) to the Patent and Trademark Office in patent, plant variety protection and trademark matters and / or an original and two (2) copies of the required notice (AO 121) in copyright matters.

    **Counsel**: Please complete the necessary form and electronically file within ten (10) days.

Western Division
312 N. Spring Street, Rm. G–8
Los Angeles, CA 90012


                                                                        Clerk, U.S. District Court

  September 8, 2015                                          By   /s/ *Geneva Hunt*
          Date                                                                Deputy Clerk


**Note: Please refer to the Court's Internet website at www.cacd.uscourts.gov for local rules and applicable forms.**

---

CV–31 (08/13)     NOTICE TO COUNSEL RE: COPYRIGHT, PATENT, AND TRADEMARK REPORTING REQUIREMENTS